**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| ISIDRO C. MARTINEZ | ) | 3:04-CV-254-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WASHOE COUNTY DEPUTY SHERIFF D. Hobbensfeiken, individually and in his official capacity; UNNAMED WASHOE COUNTY DEPUTY SHERIFF ONE, individually and in his official capacity; UNNAMED WASHOE COUNTY DEPUTY SHERIFF TWO, individually and in his official capacity; UNNAMED WASHOE COUNTY DEPUTY SHERIFF THREE, individually and in his official capacity; DENNIS BALAAM, individually and in his official capacity as Sheriff of Washoe County; and WASHOE COUNTY, a Duly Constituted Political Subdivision of the State of Nevada, inclusive, | ) | |
| Defendants. | ) | |

Through a regrettable and embarrassing typographical error, the name of Deputy Sheriff D. Hobbensfeiken was misspelled as "Hoffenfeiken" in our Order (#42).

**IT IS, THEREFORE, HEREBY ORDERED**, so that the record may be clear, wherever "Hoffenfeiken" appears in the body of the Order, it is corrected to read "Hobbensfeiken".

1 **IT IS FURTHER ORDERED**, the docket entry with respect to Order
2 (#42) is amended so that the name "Hobbensfeiken" will appear
3 instead of "Hoffenfeiken".

5 This 30th day of November, 2005.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE

2